# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IQ LOGIC, INC.,<br><br>    Defendant. | Case No. 22-cv-01937-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT BY NO LATER THAN JUNE 9, 2023** |

On May 16, 2022, the clerk entered default against IG Logic, Inc., the sole defendant in this case. ECF No. 14. Plaintiff is hereby DIRECTED to file a motion for default judgment by no later than June 9, 2023.

**IT IS SO ORDERED.**

Dated: May 9, 2023

_____
BETH LABSON FREEMAN
United States District Judge