**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>IQ LOGIC, INC.,<br><br>    Defendant. | Case No. 22-cv-01937-BLF<br><br>**ORDER TO SHOW CAUSE** |

On May 9, 2023, the Court directed Plaintiff to file a motion for default judgment by no later than June 9, 2023. ECF No. 17. Plaintiff has not filed a motion or requested an extension of time to do so.

Plaintiff is ORDERED TO SHOW CAUSE, in writing **by no later than June 26, 2023**, why this case should not be dismissed for failure to prosecute. If Plaintiff fails to timely respond to this order, the Court will presume that Plaintiff no longer wishes to pursue this case and will dismiss the case without prejudice and without further notice.

**IT IS SO ORDERED.**

Dated: June 12, 2023

_____
BETH LABSON FREEMAN
United States District Judge